## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

MARY K. COOK                                                                                           PETITIONER

v.                                                                                                NO. 3:07-CV-P247-S

HENRIETTA CREWS, WARDEN                                                                  RESPONDENT

### JUDGMENT

Petitioner, Mary K. Cook, seeks a writ of habeas corpus under 28 U.S.C. § 2254. For reasons set forth in a Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that the petition is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied for reasons set forth in Section IV of the Memorandum Opinion.

This is a final judgment, and there is no just cause for delay in its entry.

DATE:

Copies to:  Counsel of Record